### Mark GALAZIN, Appellant,

v.

### STATE of Missouri, Respondent.

### No. WD 61765.

Missouri Court of Appeals,
Western District.

May 6, 2003.

Motion for Rehearing and/or Transfer to
Supreme Court Denied July 1, 2003.

Application for Transfer Denied
Aug. 26, 2003.

Sanford J. Boxerman, St. Louis, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John Munson Morris and Andrea Follett, Jefferson City, for Respondent.

Before LISA WHITE HARDWICK, P.J., PATRICIA A. BRECKENRIDGE and PAUL M. SPINDEN, JJ.

### ORDER

Mark Galazin appeals the circuit court's judgment denying his Rule 29.15 motion for postconviction relief after an evidentiary hearing. We affirm. Rule 84.16(b).